## UNITED STATES v. DELISLE.
### No. 8869.

Circuit Court of Appeals, Third Circuit.
Submitted May 7, 1945.
Decided May 25, 1945.

Frank X. Delisle, pro se.

Frederick V. Follmer, U. S. Atty., of Scranton, Pa., and Herman F. Reich, Asst.

---

U. S. Atty., of Lewisburg, Pa., for the United States.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The appeal is dismissed because it was not taken within the time prescribed by Rule 3 of the Rules of Criminal Procedure, 18 U.S.C.A. following section 688. United States v. Hark, 320 U.S. 531, 64 S.Ct. 359, 88 L.Ed. 290.